# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 20-12656-MDC

MAXIMILIAN  J. DONAHUE

2001 POTTSTOWN PIKE

POTTSTOWN, PA 19465-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MAXIMILIAN  J. DONAHUE

2001 POTTSTOWN PIKE

POTTSTOWN, PA 19465-

Counsel for debtor(s), by electronic notice only.

JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

/S/ William C. Miller
Date: 7/23/2020
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee