**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                                   Case No. 20-12656-mdc
                                                                                                   Chapter 13
Maximilian J. Donahue
aka Max Donahue

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2018-1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:     _/s/  Daniel P. Jones, Esquire_
          Daniel P. Jones, Esquire,
          Bar No:  321876
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Fax: (215) 572-5025
          djones@sterneisenberg.com
          Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of September, 2020, to the following:

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
CourtNotices@rqplaw.com
***Attorney for Debtor(s)***


William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Maximilian J. Donahue
aka Max Donahue
2001 Pottstown Pike
Pottstown, PA 19465
***Debtor***

                                                    By:    */s/Daniel P. Jones, Esquire*