**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MAXIMILIAN J. DONAHUE

Chapter 13

Debtor

**Bankruptcy No.** 20-12656-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 4, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOSEPH L QUINN, ESQ  
ROSS, QUINN, & PLOPPERT, P.C.  
192 S. HANOVER ST., STE #101  
POTTSTOWN, PA 19464-

Debtor:  
MAXIMILIAN  J. DONAHUE

2001 POTTSTOWN PIKE

POTTSTOWN, PA 19465-