United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 20-12656-mdc
Maximilian J. Donahue                                             Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Sep 08, 2020
                              Form ID: pdf900          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.
```
db          +Maximilian J. Donahue,    2001 Pottstown Pike,    Pottstown, PA 19465-8671
cr          +U.S. Bank National Association, not individually b,    RAS Crane, LLC,
             10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
14522169     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
14511482    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14521726    +BlueWater Investment Holdings, LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
             701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
14521497    +Bluewater Investment Holdings, LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
             Philadelphia, PA. 19106-1541
14511483    +Carolann Donahue,    2001 Pottstown Pike,    Pottstown, PA 19465-8671
14511484    +Fay Servicing,    P.O. Box 619063,    Dallas, TX 75261-9063
14512258    +Fay Servicing, LLC,    McCalla Raymer Leibert Pierce, LLC,    c/o Bankruptcy Department,
             1544 Old Alabama Road,    Roswell, GA 30076-2102
14512618    +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Dept,
             1544 Old Alabama Road,    Roswell, GA 30076-2102
14511485    +Harleysville Natl B&t,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14511488     Roseanne Donahue,    46 Tarn Dr,    Parsippany, NJ 07054
14511490   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Bank, N.A.,    8480 Stagecoach Circle,
             Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 09 2020 04:16:16    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2020 04:16:08    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14513817     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2020 04:16:45    CACH, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14511486     E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 09 2020 04:15:41    Internal Revenue Service,
             Insolvency Section,    PO Box 21126,    Philadelphia, PA 19114
14524127    +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 09 2020 04:16:04    KeyBank, N.A.,
             4910 Tiedeman Rd.,    Brooklyn, OH 44144-2338
14511487     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2020 04:15:51
             Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
             Harrisburg, PA 17128-0946
14528348    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2020 04:16:46    Verizon,
             by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14511489    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 09 2020 04:15:35
             Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
cr*         +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Dept,
             1544 Old Alabama Road,    Roswell, GA 30076-2102
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2               User: Antoinett              Page 2 of 2                  Date Rcvd: Sep 08, 2020
                                   Form ID: pdf900              Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:

```
          DANIEL P. JONES    on behalf of Creditor    U.S. Bank National Association, not individually but
           solely as Trustee for BlueWater Investment Trust 2018-1 djones@sterneisenberg.com,
           bkecf@sterneisenberg.com
          JOSEPH L QUINN    on behalf of Debtor Maximilian J. Donahue CourtNotices@rqplaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BlueWater Investment Holdings, LLC
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MAXIMILIAN J. DONAHUE | Chapter 13 |
| Debtor | Bankruptcy No. 20-12656-MDC |

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 4, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

Debtor:
MAXIMILIAN J. DONAHUE

2001 POTTSTOWN PIKE

POTTSTOWN, PA 19465-